USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/19

Case 1:18-cv-07776-AKH   Document 36   Filed 12/19/19   Page 1 of 2

# LAW OFFICES OF WILLIAM CAFARO



*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX
Email: *bcafaro@cafaroesq.com*

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: *akumar@cafaroesq.com*

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

Louis M. Leon
LAW OFFICES OF
ALVIN K. HELLERSTEIN
ADMITTED IN NY
Email: *lleon@cafaroesq.com*

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

December 19, 2019

*Via ECF and facsimile*
Hon. Alvin K. Hellerstein, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Room 14D
New York, NY 10007
Fax: 212-805-7942

[handwritten: The conf is adjourned to Feb. 28, 2020, 10:00 am. 12-19-19 /s/ A.K. Hellerstein]

Re:   Duplesse v. G4S Secure Solutions (USA), Inc., et al
      Case No.: 18-cv-07776 (AKH)

Your Honor,

This office represents the Plaintiff, Luke Duplesse, in the above referenced action brought under the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. §§4301 *et seq.* ("USERRA"), the New York State Human Rights Law, New York EXEC. Law § 290, *et seq.* ("NYSHRL"), and the New York City Human Rights Law, Title 8 of the Administrative Code of the City of New York, as amended ("NYCHRL"). We write, jointly with the Defendants, to request an adjournment of the status conference currently scheduled for January 10, 2020 at 10:00AM. No previous requests for an adjournment of this conference have been made. The Parties are making this request because we are currently scheduled to appear before the magistrate judge assigned to this matter for a settlement conference on January 16, 2020. In order to save litigation resources which could go towards settlement in this matter, the Parties jointly request this adjournment be granted. The Parties are available for a status conference in this matter on January 31, 2020; February 14, 2020 and February 21, 2020.

We thank the Court for its courtesy in this regard.

Very Truly Yours,
LAW OFFICES OF WILLIAM CAFARO

By Amit Kumar, Esq.

*Attorneys for Plaintiff*
108 West 39th Street, Suite 602
New York, New York 10018
(212) 583-7400
AKumar@CafaroEsq.com

CC:

Defense Counsel (via ECF)