UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

LUKE DUPLESSE,

                Plaintiff,

-against-

G4S SECURE INTEGRATION LLC, et al.,

                Defendants.

------------------------------------------------------------- x

**ORDER**

18 Civ. 7776 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On January 16, 2020, the parties appeared before Magistrate Judge Stewart D. Aaron for a settlement conference. A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

        SO ORDERED.

Dated:     New York, New York
             January 17, 2020

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/2020